**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMES JACKSON, | ) | NO. CV 11-3772-R(E) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 25, 2011.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE